ALBERTO DE VERASTEGUI, Respondent, *v.* LUCIEN LEVY, Appellant, Impleaded with Others.

Reported below, 143 App. Div. 949.
(Submitted May 15, 1911; decided May 19, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 29, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the ground that the exceptions were frivolous and presented no question for review.

*Allan C. Rowe* for motion.

*Louis Sachs* opposed.

Motion denied, with ten dollars costs.